STATE OF NEW JERSEY v. ROBERT CENTENO.

January 16, 1979. Petition for certification denied.

COLLEEN DANIELS v.
HACKENSACK HOSPITAL ASSOCIATION.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GARONIAK.

January 16, 1979. Petition for certification denied. (See 164 *N. J. Super.* 344)

STATE OF NEW JERSEY v. ROBERT T. HARRIS.

January 16, 1979. Petition for certification denied.

GERALDINE FEHN v. MARTIN BORWER COMPANY.

January 16, 1979. Petition for certification denied.

WILLIAM A. GARISH, JR. v. KENNETH KEPLER.

January 16, 1979. Petition for certification denied.